```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD JAMES BAYLISS            :        CIVIL ACTION
                                :
         v.                     :
                                :
BOROUGH OF DARBY, et al.        :        NO. 15-5739
```

ORDER

AND NOW, this 2nd day of November, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendants Robert Smythe and Joseph Spence for summary judgment (Doc. # 19) is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.